# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTONIO HOLLOWAY, individually and on behalf of all others similarly situated, | ) ) ) CASE NO. 1:20-cv-01868-CAP ) ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL** |
| v. | ) ) |
| PLANET FITNESS FRANCHISING LLC, a Delaware limited liability company; ALDER PARTNERS LLC, a Delaware limited liability company; and PF JONESBORO, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

1

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Antonio Holloway hereby dismisses his claims in their entirety against all defendants in the above-captioned action without prejudice.

Dated: May 31, 2020                    Respectfully submitted,

s/Andrea S. Hirsch
Andrea Hirsch (GA Bar No. 666557)
**THE HIRSCH LAW FIRM**
230 Peachtree Street, Suite 2260
Atlanta, Georgia 30303
Telephone: 404-487-6552
Facsimile: 678-541-9356
andrea@thehirschlawfirm.com

Tina Wolfson (CA Bar No. 174806)*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585
Email: twolfson@ahdootwolfson.com
 * *Pro hac vice* application forthcoming

*Counsel for Plaintiff and the Putative Classes*